AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| SETAI HOTEL ACQUISITION LLC<br><br>*Plaintiff(s)*<br>v.<br>LUXURY RENTALS MIAMI BEACH, INC., a Florida corporation; and KRISTINE HALL, an individual,<br><br>*Defendant(s)* | Civil Action No. 16-cv-21289-FAM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LUXURY RENTALS MIAMI BEACH, INC.
by serving its Registered Agent:
Kristine Hall
1504 Bay Rd #3008
Miami Beach, FL 33139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Daniel J. Barsky
Daniel F. Benavides
Shutts & Bowen LLP
525 Okeechobee Blvd
Suite 1100
West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  04/12/2016



Steven M. Larimore
Clerk of Court

SUMMONS

s/ Landys Rodriguez
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| SETAI HOTEL ACQUISITION LLC<br><br>*Plaintiff(s)*<br>v.<br>LUXURY RENTALS MIAMI BEACH, INC., a Florida corporation; and KRISTINE HALL, an individual,<br><br>*Defendant(s)* | Civil Action No. 16-cv-21289-FAM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Kristine Hall
1504 Bay Rd #3008
Miami Beach, FL 33139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Daniel J. Barsky
Daniel F. Benavides
Shutts & Bowen LLP
525 Okeechobee Blvd
Suite 1100
West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  04/12/2016

Steven M. Larimore
Clerk of Court

*s/ Landys Rodriguez*
Deputy Clerk
U.S. District Courts